# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:09CR363-19 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| JOSE RIVERA, JR., | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on December 28, 2018. The Court referred this matter to a magistrate judge to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge George J. Limbert reported that a supervised release violation hearing was held on January 10, 2019. The defendant admitted to the following violations:

1. Illicit Use of Drugs;
2. Failure to Advise of Change in Address;
3. Failure to Inform Probation Officer of Change in Employment.

The magistrate judge filed a report and recommendation on January 10, 2019, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release.

A final supervised release violation hearing was conducted on January 29, 2019.

Defendant Jose Rivera, Jr. was present and represented by Attorney Charles Fleming. The United States was represented by Assistant United States Attorney Damoun Delaviz. United States Probation Officer Kathleen Oakar was also present at the hearing.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of his terms and conditions of his supervised release.

The Court continues the sentencing hearing until July 30, 2019 at 10:00 a.m. to allow the defendant to comply with the terms and conditions of his supervised release.

**IT IS SO ORDERED**.

Dated: January 29, 2019

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**